```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17932
  DONNA M LAW
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-3577


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/01/07 and confirmed on 12/05/07.

     2.  The case was dismissed after confirmation, 11/14/2008.

     3.  The Debtor paid a total of $    2899.00 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL    CURRENT MORTG          .00              .00             .00
COUNTRYWIDE FINANCIAL    MORTGAGE ARRE     25881.44              .00             .00
NUVELL CREDIT COMPANY LL SECURED VEHIC      8200.00           493.74         1225.35
ADVOCATE MSO SRVS        UNSECURED         NOT FILED             .00             .00
ARM PROFESSIONAL SERVICE UNSECURED         NOT FILED             .00             .00
NATIONAL CAPITAL MGMT LL UNSECURED           538.80              .00             .00
ASSET ACCEPTANCE CORP    UNSECURED           318.09              .00             .00
CAPITAL MANAGEMENT SERVI UNSECURED         NOT FILED             .00             .00
COL/DEBT COLLECTOR SYSTE UNSECURED         NOT FILED             .00             .00
ORTHODONTIC AFFILIATES   UNSECURED          1335.16              .00             .00
SIR FINANCE              UNSECURED          2085.00              .00             .00
US DEPT OF EDUCATION     UNSECURED              .00              .00             .00
NUVELL CREDIT COMPANY LL UNSECURED          4273.41              .00             .00
CAPITAL ONE BANK         UNSECURED          1526.64              .00             .00
US DEPT HUD              SECURED                .00              .00             .00
TRIBUTE GOLD MASTERCARD  UNSECURED           294.24              .00             .00
SALUTE VISA GOLD         UNSECURED           270.70              .00             .00
          Summary of disbursements:
---------------------------------------------------------------------------
              SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  34081.44       .00    10642.04           .00      44723.48
PRINCIPAL PAID       1225.35       .00         .00           .00       1225.35
INTEREST PAID         493.74       .00         .00           .00        493.74
TOTAL PAID           1719.09       .00         .00           .00       1719.09
The Debtor's attorney, PATRICK A MESZAROS             , was allowed $    3500.00
and was paid $   1000.00  direct and $   1021.04  through the plan.

The Trustee received $     158.87 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE